**Internal Revenue Service**
56 Inverness Drive East
Englewood, CO 80112

**Department of the Treasury**

CERTIFIED MAIL - RETURN RECEIPT

Mark Walton
1368 N Park Dr.
Lafayette, CO  80026

**Letter Date:**
  July 28, 2004
**Social Security or**
**Employer Identification Number**
  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
**IRS Employee to Contact:**
  Ella L. DeMarsh-Myles
**Employee Identification Number:**
  84-00628
**Contact Telephone Number:**
  720-956-4225

## FINAL NOTICE
### NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
*PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid.  We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Federal Tax Lien at any time to protect the government's interest.  A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income.  We've enclosed Publication 594 with more information, Publication 1660 explaining your right to appeal, and Form 12153 to request a Collection Due Process Hearing with Appeals.

To prevent collection action, please send your full payment today.  Make your check or money order payable to U.S. Treasury.  Write your social security number or employer identification number on your payment.  Send your payment to us in the enclosed envelope with a copy of this letter.  The amount you owe is shown on the next page.

If you have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe.  It also includes any credits and payments we've received since we sent our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time.  Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

EXHIBIT B

Page 1

Letter 1058 (DO) (Rev. 7-2003)
Catalog Number: 40488S

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

*Ella L. DeMarsh-Myles*
Ella L. DeMarsh-Myles
Revenue Officer

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| CIVPEN | 09/30/2000 | $66,853.91 | | $9,707.31 | $76,561.22 |
| CIVPEN | 12/31/2000 | $56,648.17 | | $6,905.90 | $63,554.07 |

Enclosures:
Copy of this letter
Pub. 594
Pub. 1660
Form 12153