```
[rcptrec]               CFS-1 V8.2 -- Colorado        21 olo 2005 - 12:55
[I]NQUIRE                    Receipt Maintenance
REGISTER NO    :100
RECEIPT NO     :260945
RECEIPT SUB NO :1        RECEIPT TYPE: N   RECEIPT DATE:06/20/05
TENDER TYPE:4            RECEIPT AMT:       190.00

FUND       :510000   CASE NO:                PAYMENT TYPE:
                     DEFENDANT:0
                     BANK CODE:      BANK ACCOUNT:

VOUCHER NO  :0        PAYOR NO:
SUB VOUCHER :0        VENDOR INV:0
FY:     BUDGET ORG:         BUDGET OBJ CLASS:     SUB OBJ CLASS:
        COST ORG  :         REVENUE SOURCE  :
REMARKS:
REMARKS:
                              POSTED DATE:06/21/05    ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched:      2 selected:      2 current:      1

              1 Sess-1    156.129.10.225                      1 22/29
```

```
[rcptrec]                   CFS-1 V8.2 -- Colorado           21 olo 2005 - 12:54
[I]NQUIRE                      Receipt Maintenance
REGISTER NO     :100
RECEIPT NO      :260945
RECEIPT SUB NO  :2        RECEIPT TYPE: N    RECEIPT DATE:06/20/05
TENDER TYPE:4             RECEIPT AMT:         60.00

FUND        :086900    CASE NO:                 PAYMENT TYPE:
                       DEFENDANT:0
                       BANK CODE:        BANK ACCOUNT:

VOUCHER NO  :0         PAYOR NO:
SUB VOUCHER :0         VENDOR INV:0
FY:      BUDGET ORG:         BUDGET OBJ CLASS:       SUB OBJ CLASS:
         COST ORG  :          REVENUE SOURCE  :
REMARKS:FROM TED H MERRIAM
REMARKS:05-CV-1149, FILINGOF NEW COMPLAINT, SG
                              POSTED DATE:06/21/05    ERR CODE:0



[N]EXT, [P]REVIOUS, [S]TOP
searched: 195549 selected:      1 current:     1

                1 Sess-1    156.129.10.225                       1 22/29
```