

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

June 21, 2005

Ted H. Merriam
Kevin A. Planegger
MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

    Re:    Mark Walton vs. The United States of America
            Civil Action Number: 05-CV-1149 AP

Dear Counsel:

Upon review of the file we note this case appears to be an administrative agency appeal.  This case was randomly drawn to Judge Marcia S. Krieger in error.  This case should have been assigned to the AP Docket pursuant to D.C.COLO.LCivR 40.1E.

Please note that the new case number is 05-CV-1149 AP.  All future pleadings should reference the new case number as shown above.

Thank you for your cooperation in this matter.

                Very truly yours,
                GREGORY C. LANGHAM, CLERK


                By: s/Bonnie McCarty
                Deputy Clerk

(Rev. 10/02)