IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-01149-AP**

**MARK WALTON,**

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The "Minute Order Regarding Instructions for Preparation of Joint Case Management Plan for Social Security Cases", entered on June 23, 2005, was sent in error and is therefore vacated.

Dated:  June 23, 2005