IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1149-AP

MARK WALTON,

                Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

                Defendant.

---

**PROOF OF SERVICE**

---

The Plaintiff, Mark Walton, by and through his attorneys, Ted H. Merriam and Kevin A. Planegger of the Merriam Law Firm, P.C., hereby certifies that service of the Summons and Complaint in this case was made pursuant to Rule 4(i) of the Federal Rules of Civil Procedure by mailing the same in a postage-paid envelope to the below-listed parties:

    Donald L. Korb, Chief Counsel
    Internal Revenue Service
    Internal Revenue Service Building, Room 3026
    10th and Constitution Ave., NW
    Washington, D.C.  20224

    Marianne Hudson, Team Manager
    Rocky Mountain Appeals Office
    Internal Revenue Service
    1244 Speer Blvd., Suite 400
    Denver, CO 80204

    William J. Leone
    United States Attorney
    1225 17th Street, Suite 700
    Denver, CO 80202

Alberto R. Gonzalez
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Copies of the four individual cover letters with the associated certified mail receipts and return receipts (postcards) are attached as Exhibit A.


DATED: July 15, 2005

                                          Respectfully submitted,

                                          <u>S/Ted H. Merriam</u>
                                          Ted H. Merriam

                                          <u>S/Kevin A. Planegger</u>
                                          Kevin A. Planegger

                                          MERRIAM LAW FIRM, P.C.
                                          1625 Broadway, Suite 770
                                          Denver, CO  80202
                                          Telephone: (303) 592-5404
                                          Fax: (303) 592-5439
                                          E-mail: TMerriam@taxlaw2848.com
                                          Attorney for Plaintiff