# MERRIAM LAW FIRM, P.C.
### ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

TED H. MERRIAM
KEVIN A. PLANEGGER*
*ALSO ADMITTED IN ARIZONA

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

June 21, 2005

CERTIFIED MAIL – Return Receipt No. 7003 2260 0003 4608 1282

Donald L. Korb, Chief Counsel
Internal Revenue Service
Internal Revenue Building, Room 3026
10th and Constitution Ave., NW
Washington, D.C. 20224

Re: Mark Walton
District of Colorado, Civil Action No. 05-CV-1149-MSK-PAC

Dear Mr. Korb:

In accordance with the requirements of F.R.Civ.P. 4(i)(1)(A), copies of the Summons and Complaint in the above-captioned action are enclosed. A copy of the e-mail message from the court and a date-stamped copy of the first page of the Complaint are enclosed for verification of filing. Instructions Regarding Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (2/99) are also enclosed as directed by Local Rule 72.6, D.C. Colo. LR.

Sincerely yours,

Kevin Planegger

KAP/ck
Enclosures
cc: Mark Walton (w/enc.)

EXHIBIT A



MERRIAM LAW FIRM, P.C.
ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

TED H. MERRIAM
KEVIN A. PLANEGGER*
*ALSO ADMITTED IN ARIZONA

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

June 21, 2005

CERTIFIED MAIL – Return Receipt No. 7003 2260 0003 4608 1299

Marianne Hudson, Team Manager
Rocky Mountain Appeals Office
Internal Revenue Service
1244 Speer Blvd., Suite 400
Denver, CO 80204

Re: Mark Walton
District of Colorado, Civil Action No. 05-CV-1149-MSK-PAC

Dear Ms. Hudson:

In accordance with the requirements of F.R.Civ.P. 4(i)(1)(A), copies of the Summons and Complaint in the above-captioned action are enclosed. A copy of the e-mail message from the court and a date-stamped copy of the first page of the Complaint are enclosed for verification of filing. Instructions Regarding Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (2/99) are also enclosed as directed by Local Rule 72.6, D.C. Colo. LR.

Sincerely yours,

Kevin Planegger

KAP/ck
Enclosures
cc:  Mark Walton (w/enc.)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARIANNE HUDSON, TEAM MANAGER
ROCKY MOUNTAIN APPEALS OFC.
INTERNAL REVENUE SERVICE
1244 SPEER BLVD. SUITE 400
DENVER, CO 80204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0003 4608 1299

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Walton - 3205.1

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Postmark Here [JUN 27 2003 MERCHANT STA.]

Sent To: MARIANNE HUDSON APPEALS OFC. IRS
Street, Apt. No.; or PO Box No.: 1244 SPEER BLVD SUITE 400
City, State, ZIP+4: DENVER, CO 80204

PS Form 3800, June 2002    See Reverse for Instructions

7003 2260 0003 4608 1299

# MERRIAM LAW FIRM, P.C.
ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

TED H. MERRIAM
KEVIN A. PLANEGGER*
*ALSO ADMITTED IN ARIZONA

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

June 21, 2005

CERTIFIED MAIL – Return Receipt No. 7003 2260 0003 4608 1305

William J. Leone
United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202

    Re:    Mark Walton
            District of Colorado, Civil Action 05-CV-1149-MSK-PAC

Dear Ms. Hudson:

    In accordance with the requirements of F.R.Civ.P. 4(i)(1)(A), copies of the Summons and Complaint in the above-captioned action are enclosed. A copy of the e-mail message from the court and a date-stamped copy of the first page of the Complaint are enclosed for verification of filing. Instructions Regarding Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (2/99) are also enclosed as directed by Local Rule 72.6, D.C. Colo. LR.

                                 Sincerely yours,

                                 Kevin Planegger

KAP/ck
Enclosures
  cc:    Mark Walton (w/enc.)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WILLIAM J. LEONE
   UNITED STATES ATTORNEY
   1225 17th ST., SUITE 700
   DENVER, CO 80202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jimmy
C. Date of Delivery: 6/22/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0003 4608 1305

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Walton 3205.1

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $ 1.29
Certified Fee: 2.30
Return Reciept Fee (Endorsement Required): 1.75
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 5.34

Postmark Here: JUN 21 2005

Sent To: WILLIAM J. LEONE, US ATTORNEY
Street, Apt. No.; or PO Box No.: 1225 17th ST., SUITE 700
City, State, ZIP+4: DENVER, CO 80202

PS Form 3800, June 2002    See Reverse for Instructions

7003 2260 0003 4608 1305

MERRIAM LAW FIRM, P.C.
ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

TED H. MERRIAM
KEVIN A. PLANEGGER*
*ALSO ADMITTED IN ARIZONA

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

June 21, 2005

CERTIFIED MAIL – Return Receipt No. 7003 2260 0003 4608 1312

Alberto R. Gonzalez
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

    Re:    Mark Walton
             District of Colorado, Civil Action 05-CV-1149-MSK-PAC

Dear Ms. Hudson:

    In accordance with the requirements of F.R.Civ.P. 4(i)(1)(A), copies of the Summons and Complaint in the above-captioned action are enclosed. A copy of the e-mail message from the court and a date-stamped copy of the first page of the Complaint are enclosed for verification of filing. Instructions Regarding Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (2/99) are also enclosed as directed by Local Rule 72.6, D.C. Colo. LR.

                                Sincerely yours,

                                Kevin Planegger

KAP/ck
Enclosures
cc:    Mark Walton (w/enc.)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALBERTO R. GONZALEZ
   UNITED STATES ATTORNEY GENERAL
   UNITED STATES DEPT. OF JUSTICE
   950 PENNSYLVANIA AVE., NW
   WASHINGTON, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    JUN 27 2005

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0003 4608 1312

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Walton 3205.1

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Postmark Here

Sent To: ALBERTO R. GONZALEZ, US ATTY. GEN.
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVE. N.W, U.S. D.O.J.
City, State, ZIP+4: WASHINGTON, DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

7003 2260 0003 4608 1312