IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| MARK WALTON ) | |
| ) | |
| Plaintiff, ) | Civil No. 05-CV-1149 (JLK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**D.C.COLO.LCivR.6.1(a)  FIRST STIPULATION OF EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to D.C.COLO.LCivR.6.1(a), the parties hereby stipulate and agree that defendant United States of America shall have a twenty (20) day extension of time in which to respond to the complaint filed in the above-captioned case. The United States of America's response shall be filed by September 15, 2005. By stipulating to an extension of time, the United States does not waive any defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

DATED this 5th day of August, 2005.                s/ Kevin A. Planegger
                                                   KEVIN A. PLANEGGER
                                                   THEODORE H. MERRIAM
                                                   Merriam Law Firm, P.C.
                                                   1625 Broadway #770
                                                   Denver, CO 80202

                                                   Attorneys for Plaintiff


                                                   WILLIAM LEONE
                                                   United States Attorney

                                                   s/ Anton L. Janik, Jr.
                                                   ANTON L. JANIK, JR.
                                                   CO  #35164
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice
                                                   P.O. Box 683
                                                   Washington, DC 20044
                                                   Telephone:  (202) 305-2558

                                                   Attorneys for Defendant