IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| MARK WALTON ) | |
| ) | |
| Plaintiff, ) | Civil No. 05-CV-1149 (JLK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to D.C.COLO.LCivR.6.1(b), the United States of America hereby moves for a seven (7) day extension of time in which to respond to the complaint filed in the above-captioned case. This is the United States' second requested extension of time; the first was a twenty (20) day extension stipulated to under D.C.COLO.LCivR.6.1(a).

The United States of America's response shall be filed by September 22, 2005. By moving for an extension of time, the United States does not waive any defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

Pursuant to D.C.COLO.LCivR.7.1, counsel for the United States made a good faith effort to confer with opposing counsel Kevin A. Planegger as to the United States' motion for extension of time, by leaving a message with Mr. Planegger's assistant, but the call was not returned before the United States filed its motion.

DATED this 15th day of September, 2005.            WILLIAM LEONE
                                                   United States Attorney

                                                   s/ Anton L. Janik, Jr.
                                                   ANTON L. JANIK, JR.
                                                   CO #35164
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice
                                                   P.O. Box 683
                                                   Washington, DC 20044
                                                   Telephone: (202) 305-2558

                                                   Attorneys for Defendant

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT has been made this 15th day of September, 2005 by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

Kevin A. Planegger
Ted Merriam
Merriam Law Firm
1625 Broadway
Suite 770
Denver, CO 80202


                                                   s/ Anton L. Janik, Jr.
                                                   ANTON L. JANIK, JR.
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice

1306027.1