IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | | |
|---|---|---|
| MARK WALTON | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-CV-1149 (JLK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

This Court, being duly advised, hereby GRANTS the United States' Motion for Extension of Time. The United States of America's response shall be filed by September 22, 2005. By moving for an extension of time, the United States has not waived any defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

_____          _____
DATE                            UNITED STATES DISTRICT JUDGE