IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-01149-AP**

**MARK WALTON,**

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion for Extension of Time to Respond to Complaint (doc. #8), filed September 15, 2005, is **GRANTED** up to and including September 22, 2005.

Dated:  September 19, 2005