IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| MARK WALTON ) | |
| ) | |
| Plaintiff, ) | Civil No. 05-CV-1149 (JLK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' ANSWER TO COMPLAINT**

The United States of America (the "United States"), by and through its undersigned attorneys, hereby Answers the numbered paragraphs of the complaint filed in the above-captioned case, as follows:

1. Admits that this is an appeal of the "Notice of Determination," and notes that the appeal is taken pursuant to 26 U.S.C. § 6330(d)(1)(B).

2. Admits.

3. Admits.

4. Admits.

5. Admits.

6. The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph six, and accordingly denies.

7. Admits.

8. The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 8, and accordingly denies.

9.      The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 9, and accordingly denies.

10.     Admits that the trust fund recovery penalty was assessed for the periods ending September 30, 2000 and December 31, 2000.  The United States currentlylacks knowledge or information sufficient to admit or deny the date on which such assessments were made.

11.     Admits.

12.     Admits.

13.     Admits.

14.     Admits.

15.     The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 15, and accordingly denies.

16.     Admits.

17.     Denies.

18.     Denies.

19.     Denies.

20.     Admits the first clause up to the semicolon.  Denies the second clause.

21.     Denies that the rationale for rejecting a six-month extension was that "he was not confident that this matter could/would be resolved in 6 months."  Denies the allegations contained within the first clause of the second sentence of paragraph 21.  Admits the allegation contained in the second clause of the second sentence of paragraph 21.  The United States denies the third sentence.

22. The United States admits that the quoted portion of 26 U.S.C. § 6330 was quoted correctly, but denies that this quoted language states the whole balancing test, and denies the remainder of paragraph 22.

23. Admits that this was one of the factors relied upon.

24. The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 24, and accordingly denies.

25. Denies.

WHEREFORE, the United States respectfully requests that this Court grant judgment in its favor and against plaintiff Mark Walton, and that the Court award other such relief as law or justice requires.

DATED this 22nd day of September, 2005.        WILLIAM LEONE
                                                United States Attorney

                                                s/ Anton L. Janik, Jr.
                                                ANTON L. JANIK, JR.
                                                CO  #35164
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 683
                                                Washington, DC 20044
                                                Telephone:  (202) 305-2558

                                                Attorneys for Defendant

## CERTIFICATE OF SERVICE

It is hereby certified that service of the:

**(1)     UNITED STATES' ANSWER**

was made this 22nd day of September, 2005, by United States mail, postage prepaid, and

addressed to:

Kevin Planegger
Merriam Law Firm
1625 Broadway
Suite 770
Denver, CO 80202

| | |
|---|---|
| DATED this 22nd day of September, 2005. | s/ Anton L. Janik, Jr.<br>ANTON L. JANIK, JR.<br>CO  #35164 |

1306027.1