IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-01149-AP**

**MARK WALTON,**

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Briefing in this matter is set as follows: Plaintiff's opening brief is due October 26, 2005; response brief is due November 15, 2005; reply brief is due November 30, 2005.

Dated:  September 19, 2005