IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-01149-AP**

**MARK WALTON,**

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The briefing schedule in this case is vacated. This matter is set for a pre-briefing conference on October 28, 2005 at 9:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The purpose of the pre-briefing conference will be to:

1. Determine whether the appeal is perfected and this court has jurisdiction.
2. Determine if this appeal is related to any other cases before this Court.
3. Narrow the issues.
4. Review and refine the designation of the record, where appropriate.
5. Consider settlement of the matter.
6. Establish the briefing schedule.

Dated: October 13, 2005