IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-01149-AP**

**MARK WALTON,**

               Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

               Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

As stated at the pre-briefing conference on today's date, this AP case is referred to Magistrate Judge Patricia A. Coan for settlement purposes.

Dated:  October 28, 2005