IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  October 28, 2005

Reporter: Adrienne Whitlow
Deputy Clerk: LaDonne Bush

Civil Action No. 05-ap-1149-JLK

MARK WALTON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Ted Merriam
Kevin Planegger

Anton Janik

_____

## COURTROOM MINUTES
_____

**Pre-Briefing Conference**

**9:02 a.m.     Court in session.**

Court instructs counsel that oral argument must be requested in writing and the reasons must be set forth with specificity.

Counsel agree that the appeal is perfected, this court has jurisdiction and the appeal is not related to any other case.

Discussion regarding issues and discovery.

Mr. Merriam states that he has not seen the record.

**ORDERED:  Opening brief is due November 30, 2005.**

Mr. Merriam requests that the case be referred to a Magistrate Judge for settlement purposes.

**ORDERED:  Case is referred to the Magistrate Judge for purposes of settlement.**

**ORDERED:** **Answer brief is due on December 30, 2005.  Reply brief is due January 17, 2006.**

**9:17 a.m.** **Court in recess.**

Time in court - 00:15.  Hearing concluded.