IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1149-AP

MARK WALTON,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.

**MOTION TO COMPEL THE GOVERNMENT
TO SUPPLEMENT THE RECORD, AND
TO AMEND BRIEFING SCHEDULE**

    Pursuant to D.C.COLO.LCivR. 40.1(D)(3), the Plaintiff, by and through his attorneys, Kevin A. Planegger and Ted H. Merriam of the Merriam Law Firm, P.C., moves for an order to compel the United States of America to supplement the Record in this administrative agency appeal, and in support, states as follows:

    1.  The Plaintiff initiated this action by filing a Complaint on June 20, 2005;

    2.  In his Complaint, Plaintiff alleged that the IRS Appeals Office abused its discretion in refusing to grant Plaintiff's request for a short-term payment agreement for the trust fund recovery penalty that had been assessed against him.

    3.  In addition to the allegation related to the time and method of payment, Plaintiff also made allegations concerning the legitimacy of the underlying assessment.  In the Complaint,

Plaintiff alleged that the IRS Revenue Officer's misrepresentation of the law induced him to consent to the assessment of the trust fund recovery penalty, rather than file an appeal (paragraph 9). Plaintiff also alleged that the IRS Revenue Officer's failure to inform him of his right to designate voluntary payments (that were made) to the trust fund portion of the company's employment tax liability resulted in a substantially larger penalty assessment against the Plaintiff.

    4.  Pursuant to the Pre-Briefing Conference on October 28, 2005, Anton L. Janik, Jr., Trial Attorney for the United States of America, mailed (via Federal Express) to Plaintiffs' counsel a copy of the collection due process administrative file regarding Mr. Walton.

    5. The documents and records in the copy of the administrative file do not include any reference to the procedural history of the underlying assessment of the trust fund penalty against the Plaintiff.

    6.  Therefore, the Record in this case is currently deficient, and precludes judicial review of all the allegations in Plaintiff's Complaint.  Plaintiff's opening brief in this case is due to be filed by November 30, 2005 according to the briefing schedule set by the Court on October 28, 2005.  Plaintiff will be unable to address all the issues in this case based on the current Record in this case.

    7.  Plaintiff requests the Court to compel the Government to supplement the Record with records/documents from the Plaintiff's

entire administrative file, including the procedural history of the underlying assessment. The complete file is necessary to address the allegations of misrepresentation and failure to inform in the Complaint.

8. Plaintiff requests the Court to stay or reset the briefing schedule until the Record is complete.

9. Pursuant to D.R.COLO.LCivR. 7.1, counsel for Plaintiff made a good faith effort to confer with opposing counsel by leaving a voice message on opposing counsel's voice mail, but the message was not returned before Plaintiff filed this Motion.

WHEREFORE, the Plaintiff respectfully requests that the Court order the United States of America to supplement the Record in this case as set forth above, and requests that the briefing schedule be stayed until the Record is complete.

DATED: November 17, 2005

> Respectfully submitted,
>
> S/Ted H. Merriam
> Ted H. Merriam
>
> S/Kevin A. Planegger
> Kevin A. Planegger
>
> MERRIAM LAW FIRM, P.C.
> 1625 Broadway, Suite 770
> Denver, CO  80202
> Telephone: (303) 592-5404
> Fax: (303) 592-5439
> E-mail: TMerriam@taxlaw2848.com
> Attorney for Plaintiff

## CERTIFICATE OF SERVICE

It is hereby certified that service of the:

**(1) MOTION TO COMPEL THE GOVERNMENT
TO SUPPLEMENT THE RECORD, AND TO
AMEND BRIEFING SCHEDULE**

was made this 17th day of November, 2005, by United States mail, postage prepaid, and addressed to:

Anton L. Janik, Jr.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044

Dated this 17th day of November.

S/Kevin A. Planegger
Kevin A. Planegger
