IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-01149-AP**

**MARK WALTON,**

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    With regard to the Plaintiff's Motion to Compel (doc. #15), filed November 17, 2005, the parties are ordered to confer in a good faith effort under LR 7.1A. and within 15 days thereafter, the government shall file a response to Plaintiff's Motion to Compel.  In the future, the leaving of voicemails less than 48 hours before a motion seeking relief from the court is filed will be regarded as a per se failure to comply with the good faith requirement of Rule 7.1A, and the motion will be denied.

Dated:  November 17, 2005