IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-01149-AP**

**MARK WALTON,**

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

---

### AMENDED MINUTE ORDER

Judge John L. Kane **ORDERS**

    In the Minute Order dated November 17, 2005, the Court ordered the parties to confer in good faith under Local Rule 7.1A regarding Plaintiff's Motion to Compel (Doc. #15) and ordered the government to file a response to the Motion within 15 days thereafter.  That apparently not being specific enough, the Minute Order is amended to direct the parties to confer – and return telephone calls to one another – by December 2, 2005, and for the government to file its response to the Motion to Compel on or before December 7, 2005.  The government's response should state its position regarding Plaintiff's requests regarding the record.

In addition, and because the briefing schedule originally set on October 28th is unworkable given the dispute regarding the record, the briefing schedule is held in abeyance pending resolution of that dispute.  Accordingly, the parties are directed also to confer regarding an amended briefing schedule, which schedule should be set forth in the government's December 7 response to the Motion to Compel.

Finally, the Court admonishes counsel that they are expected to work with each other and to extend each other their utmost professional courtesies in working through procedural issues of this sort without resort to expensive and unnecessary motions practice.

Dated:  November 29, 2005