IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-01149-AP**

**MARK WALTON,**

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff shall file a reply to the United States' Response to Plaintiff's Motion to Compel (doc. #18), filed December 7, 2005, on or before December 22, 2005.

Dated:  December 8, 2005