IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01149-JLK-PAC

MARK WALTON,

      Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

      Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the United States' Unopposed Motion to Continue Settlement Conference Set for January 19, 2006 Before Magistrate Judge Patricia A. Coan, and Unopposed Motion to Permit Official With Final Settlement Authority to be Available by Telephone [filed January 4, 2006; Doc. No. 24] is **GRANTED** as follows:

      The Settlement Conference set for January 19, 2006 is *vacated and reset* to **February 2, 2006 at 3:00 p.m.**, 5th Floor Arraj Courthouse.  Confidential Settlement Statements are due on or before **January 30, 2006**.  Counsel for defendant, Anton L. Janik, Jr., is permitted to participate by telephone by contacting the Court at: 303-844-4892 on the above date and time.

      Counsel shall use the following correct **Civil Action No. 05-cv-01149-JLK-PAC** on all pleadings filed with the Court.

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  January 9, 2006