IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01149-JLK-PAC

MARK WALTON,

      Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

      Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Section Chief Bob Watkins, for the Defendant, is permitted to participate by telephone for the Settlement Conference scheduled for February 2, 2006 at 3:00 p.m. by contacting the Court at: 303-844-4892 on the above date and time.

Dated:  January 10, 2006