## MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:        Docketing

DATE :     February 2, 2006

FROM:      Patricia A. Coan

           U.S. Magistrate Judge

Case No.:  05-cv-01149-JLK-PAC

           Walton v. U.S.A.

(X) A settlement conference was held today but no settlement was reached.

( ) A settlement conference was held today and a settlement was reached.

The parties are to submit their stipulation for dismissal to Judge      by

2006.

Settlement Conference and preparation time totaled 1 hour    minutes.

Settlement Conference concluded:  Yes

Record Made: no

cc:   District Judge Kane
      Magistrate Judge
      Magistrate Judge Coan

Source:H:Judge\Settlement Conference Form.wpd