IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-01149-AP**

**MARK WALTON,**

    Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

    Defendant.

## ORDER

Kane, J.

  Upon careful review and consideration of the unique circumstances apparent in this case, Plaintiff's Motion to Compel (Doc. #18), filed December 7, 2005, is **GRANTED**. Given the assertion that Plaintiff's waiver of his right to challenge the underlying tax assessment was procured by misrepresentation or fraud, I am persuaded that the administrative record in this appeal must be expanded to include the record in the underlying liability/assessment proceedings. Accordingly,

1. The government shall supplement the record with the record of the administrative assessment proceedings within 20 days of the date of this Order, or no later than March 7, 2006.

2. The parties shall confer thereafter and file a Joint Status Report providing me with an amended proposed briefing schedule on appeal. The Status

        Report is due five days after the additional administrative record is provided, but no later than March, 14 2006.

3. In the interim, the current briefing schedule is **VACATED**, to be reset upon receipt of the Joint Status Report.

Dated: February 8, 2006          **s/John L. Kane**
                                                   SENIOR U.S. DISTRICT JUDGE