IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| MARK WALTON ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-cv-01149-JLK-PAC |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 2, 2006 Order, on March 6, 2006, the United States served upon plaintiff a copy of the Internal Revenue Service administrative file for the Trust Fund Recovery Penalty assessment against Tactical Ventures, Bates stamped ADMIN 0001-0110.

Pursuant to that same Order, the parties have conferred and agreed that the briefing schedule shall be set forth as follows: plaintiff's opening brief shall be due April 14, 2006, the United States' response shall be due May 15, 2006, and plaintiff's reply shall be due May 29, 2006.

/

/

/

/

/

/

1

1488909.1

DATED this 14th day of March, 2006.


s/ Kevin A. Planegger
TED H. MERRIAM
KEVIN A. PLANEGGER
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
Telephone: (303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

Attorneys for Plaintiff



WILLIAM LEONE
United States Attorney

s/ Anton L. Janik, Jr.
ANTON L. JANIK, JR.
CO  #35164
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Telephone:  (202) 305-2558


Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on March 14, 2006, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

    ted@tmerriamlaw.com

    aandm@taxlaw2848.com

                                      s/ Anton L. Janik, Jr.
                                      ANTON L. JANIK, JR.
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice

1488909.1