IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-01149-AP**

**MARK WALTON,**

              Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

              Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Consistent with the parties joint status report filed today, briefing is set as follows: Plaintiff's Opening Brief is due April 14, 2006; United State's Response Brief is due May 15, 2006; Plaintiff's Reply Brief is due May 29, 2006.

Dated:  March 14, 2006