IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01149-JLK-PAC

MARK WALTON,

                Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

                Defendant.

## MOTION TO DISMISS COMPLAINT

    The Plaintiff, Mark Walton, by and through his attorneys, Ted H. Merriam and Kevin A. Planegger of the Merriam Law Firm, respectfully moves the Court, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to dismiss the Complaint filed in this matter, with prejudice, with each party to bear its own costs and fees. AS GROUNDS, the Plaintiff submits the following:

    1. The Plaintiff filed a Complaint in this case on June 20, 2005 to appeal the refusal of the IRS Rocky Mountain Appeals Office to grant Plaintiff's request for a short-term payment agreement for the trust fund recovery penalty ("penalty") that had been assessed against him.

    2. In addition to the allegation related to the time and method of payment, Plaintiff also made allegations concerning the legitimacy of the underlying assessment of the penalty.

3. The Plaintiff filed a Motion to Compel the Government to Supplement the Record, and to Amend Briefing Schedule on November 17, 2005 to compel the government to provide documents/records related to the procedural history of the underlying assessment of the trust fund recovery penalty against the Plaintiff.

4. Ultimately, the Court issued an Order on February 8, 2006 that required the government to supplement the record with the record of the administrative assessment proceedings by March 7, 2006; the government subsequently complied with this Order.

5. After review of the evidence in the record of the administrative assessment proceedings, Plaintiff has reassessed the strength of his case and determined not to continue litigating this matter.

6. The Plaintiff's attorney, Kevin A. Planegger, has notified government's counsel, Anton L. Janik, of the Plaintiff's intent to dismiss its Complaint.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion and dismiss the Complaint, with each party to bear its own costs and fees.

DATED: April 14, 2006

                        Respectfully submitted,

                        <u>S/Ted H. Merriam</u>
                        Ted H. Merriam

                        <u>S/Kevin A. Planegger</u>
                        Kevin A. Planegger

                        MERRIAM LAW FIRM, P.C.
                        1625 Broadway, Suite 770
                        Denver, CO   80202
                        Telephone: (303) 592-5404
                        Fax: (303) 592-5439
                        E-mail: TMerriam@taxlaw2848.com
                        Attorney for Plaintiff


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 14, 2006, I electronically filed the foregoing **MOTION TO DISMISS COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Anton.L.Janik@usdoj.gov

Western.TaxCivil@usdoj.gov

Dated this 14th day of April.

S/Kevin A. Planegger
Kevin A. Planegger