IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-01149-AP**

**MARK WALTON,**

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## ORDER DISMISSING CASE

Kane, J.

Upon consideration of the Motion to Dismiss Complaint (doc. #34), filed April 14, 2006, it is

ORDERED that this case is DISMISSED, each party to bear its own costs and attorney fees.

Dated:  April 17, 2006

                                            BY THE COURT:

                                            **s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE